UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

__US__,
Plaintiff(s),

v.

__Shanna Lewis__
Defendant(s).
------------------------------------------------------x

*filed 11-12-23*

**CALENDAR NOTICE**

22 cr 485-7 (VB)

    PLEASE TAKE NOTICE that the above-captioned case has been scheduled/ ~~re-scheduled~~ for:

✓ *Bail Hearing* ~~Status~~ conference

___ Telephone conference

___ Pre-motion conference

___ Settlement conference

___ Oral argument

___ Bench ruling on motion

___ Final pretrial conference

___ Jury selection and trial

___ Bench trial

___ Suppression hearing

___ Plea hearing

___ Sentencing

on __12-12__, 20__23__, at __12:00 PM__, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. ~~Adjourned from~~ _____.

    **All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: __11-16__, 20__23__
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge