UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

SHANNA LEWIS,
                     Defendant.
--------------------------------------------------------x

**ORDER**

22 CR 485-7 (VB)

      The bail hearing scheduled for defendant Shanna Lewis on December 20, 2023, is canceled. The Court will address all matters with respect to Lewis's compliance with her conditions of release at the next regularly-scheduled conference in this case on January 10, 2024, at 9:30 a.m.

Dated: December 18, 2023
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge