> **APPLICATION GRANTED:**
>
> The sentencing currently scheduled for 7/18/2024 is ADJOURNED to 10/10/2024, at 10:00 a.m. Defendant's sentencing submission is due by 9/26/2024. The Government's submission is due by 10/3/2024.
>
> SO ORDERED:
>
> /s/ Vincent L. Briccetti
>
> Vincent L. Briccetti, U.S.D.J.,
> July 3, 2024

**E. NEUMAN**
Attorney at Law
[...]te Street – Suite 501
[...], New York 10013

212-966-5612
646-651-4559
[...]mesneuman.com
[...]mesneuman.com

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 7/3/24

July 2, 2024

Hon. Vincent L. Briccetti
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

     Re: *United States v Shanna Lewis,* 22 Cr. 485 (VB)

Your Honor:

   I represent Shanna Lewis in the referenced case and am submitting this letter asking that the sentencing date, now scheduled for July 30, 2024, be postponed approximately one month. The primary reason for this request is that I am still still in the process of gathering sentencing letters including from individuals who can report about Ms. Lewis' participation at a drug program. This request also takes into account the schedules of counsel.

   Specifically, AUSA Kaiya Arroyo informs me that she will be out of the area until sometime after August 16th. I may be away the following week. Thus, I suggest that this matter be postponed until late August or early September. During the week of August 26th, I am available with the exceptions of the mornings of August 27th, 28th, and 29th. During the week of September 2nd, I am available with the exception of the afternoon of September 5th and any time on September 6th. And during the week of September 9th, I am available every day except for September 10th.

           Very truly yours,

           *James Neuman*
           James E. Neuman